**O**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. SIMON,<br><br>           Plaintiff,<br><br>   vs.<br><br>SAN LUIS OBISPO COUNTY BOARD<br>OF SUPERVISORS, ET AL.,<br><br>           Defendants. | CASE NO. CV 07-04617 DDP (RZ)<br><br>ORDER ACCEPTING AND<br>ADOPTING SUPPLEMENTAL<br>REPORT AND RECOMMENDATION<br>OF UNITED STATES MAGISTRATE<br>JUDGE |

      The Court has reviewed the file in this matter, and has read and reviewed the Supplemental Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations.

DATED: May 27, 2009

*[signature]*

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE