O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOHN P. SIMON, | ) | CASE NO. CV 07-04617 DDP (RZ) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| SAN LUIS OBISPO COUNTY BOARD OF SUPERVISORS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Court's Order Accepting and Adopting the Supplemental Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute.

DATED:  May 27, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE